**Tessy BELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 41453.**

Missouri Court of Appeals,
Western District.

Oct. 10, 1989.

Kimberly D. Tyler, Columbia, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).